AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:16mj 181-WC |
| | ) | |
| Nathan Harlan McDermott | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 16, 2016__ in the county of __Lowndes__ in the __Middle__ District of __Alabama__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, U.S.C., § 841(a)(1) | Controlled Substance ~~Conspiracy~~ Possession with Intent to Distribute |

This criminal complaint is based on these facts:

Please see attached Affidavit.

☐ Continued on the attached sheet.

_____
Complainant's signature

Bruce Little, TFO, DEA
Printed name and title

Sworn to before me and signed in my presence.

Date: 09/16/2016

_____
Judge's signature

City and state: Montgomery, Alabama      Gray M. Borden, U.S. Magistrate Judge
Printed name and title

Attachment A

## AFFIDAVIT IN CRIMINAL COMPLAINT

I, Bruce Little, being duly sworn, depose and state the following is true and accurate to the best of my knowledge and belief:

I am a Task Force Officer (TFO) with the Drug Enforcement Administration and have been since 2013. I am also currently employed by the Alabama Law Enforcement Agency and have been since 2008. Prior to that, I was employed by the Prattville Police Department for approximately seven years.

As a TFO, I have participated in long-term historical investigations of drug distributing organizations that involved multiple kilogram quantities of cocaine, marijuana, and methamphetamine; large quantities of anabolic steroids, LSD, ecstasy (MDMA), and various designer drugs; as well as millions of dollars in illegal proceeds.

On September 16, 2016, at approximately 6:43 a.m., Alabama State Trooper James Hendrix, initiated a traffic stop on a tractor trailer truck for a Commercial Vehicle Inspection on I-65, near the 155-mile marker, in Lowndes County. Upon stopping the truck, Trooper Hendrix made contact with the driver and sole occupant, Nathan Harlan McDermott. Trooper Hendrix explained to McDermott that he was stopped for a Level II inspection. Level II inspections consist of a walk around of the truck and inspecting the driver's documents.

While speaking with McDermott, Trooper Hendrix asked a series of questions. When asked about his prior arrest history, McDermott's demeanor noticeably changed, and he eventually answered assault on a police officer and drug possession. Trooper Hendrix asked what kind of drugs, and McDermott responded that it didn't matter.

Trooper Hendrix then returned to his vehicle and started the inspection. While looking at his log book, Trooper Hendrix noticed a few inconsistencies and suspicious items. During the inspection process, Trooper Hendrix checked a law enforcement database, which revealed that on September 15, 2016, at 8:47 a.m., the truck went through a Border Patrol Check Point in Kingsville, TX. However, on McDermott's log, it showed him off duty in Slidell, LA at that same time. Furthermore, McDermott's log showed him off duty for five days, from September 9 to 14, 2016, in Laredo, TX. Laredo, TX, is a common source city for narcotics. Moreover, it is also unusual for a professional driver to be off that long according to industry custom.

Trooper Hendrix then conducted a walk around of the truck before asking McDermott to come back to the patrol vehicle and sit in the front seat to continue the inspection. When

confronted with the above concerns, McDermott admitted that his log was false and that he lied because he wanted to see his woman in Tennessee. Trooper Hendrix then put him out of service for his false log and finished the inspection. Trooper Hendrix then had McDermott sign the inspection and issued him a citation for a false log.

Trooper Hendrix then walked his K-9, "Mary Jane," around McDermott's vehicle to conduct a free air sniff. Mary Jane indicated on the left front drain pipe and the rear left drain pipe on the trailer.

Based on the above alert, Trooper Hendrix cut the bolt seal on the trailer and entered. The truck was full of produce, but between two pallets, Trooper Hendrix noticed two (2) black backpacks. Inside the two backpacks contained approximately 15 bricks wrapped with black tape. Inside the packaging contained a white powdery substance, which field tested positive for cocaine.

McDermott was then detained and given his *Miranda* Rights. McDermott continued to speak with law enforcement, and stated that he picked up the cocaine in Edinburg, TX (immediately near McAllen, another source city), and was delivering it to Atlanta, GA. He stated that he thought he only had 10 kilos of cocaine and that he was being paid $1,000 per kilo.

Bruce Little
Task Force Officer
Drug Enforcement Administration


Subscribed and sworn to before me
on September 16, 2016.

GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE

2